Thomas S. Biemer, Esquire
Gregory A. Blue, Esquire
DILWORTH PAXSON LLP
99 Park Avenue, Suite 320
New York, NY 10016
T: (917) 675-4250
F: (212) 208-6874

*Attorneys for Plaintiffs*, IXI Mobile (R&D) Ltd. and IXI IP, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IXI MOBILE (R&D) LTD. AND IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | Case No.: 14-cv-4355 (RJS) (DF) |

## IXI'S ANSWER TO SAMSUNG'S COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants IXI Mobile (R&D) LTD. and IXI IP, LLC (collectively, "IXI" or "Plaintiffs"), by and through their undersigned attorneys, respectfully submit this Answer to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung" or "Defendants") counterclaims, and in support thereof states as follows**:**

1. After reasonable investigation, IXI is without knowledge or information sufficient to admit or deny the allegations of Paragraph 1. To the extent a further response is required, the allegations in this paragraph are denied.

2. After reasonable investigation, IXI is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2. To the extent a further response is required, the allegations in this paragraph are denied.

3. Admitted.

4. Admitted.

5. Admitted.

## JURISDICTION AND VENUE

6. Admitted that the counterclaims seek a declaratory judgment; denied that Defendants have any basis for a declaratory judgment that the patents-in-suit are not infringed by Defendants or are invalid.

7. Admitted.

8. Admitted.

9. Admitted that an actual and justiciable controversy exists and that it is ripe for adjudication by this Court; denied that Defendants have any valid claim for non-infringement or invalidity.

**COUNTERCLAIM COUNT I**
**(Request for Declaratory Judgment of Non-Infringement and Patent Invalidity of U.S. Patent No. 7,295,532)**

10. IXI realleges and incorporates by reference herein each of the admissions and denials contained in Paragraphs 1-9.

11. Admitted that IXI asserts four patents that contain 132 claims. All remaining allegations in Paragraph 11 are denied.

12. Denied.

13. Denied.

**COUNTERCLAIM COUNT II**
**(Request for Declaratory Judgment of Non-Infringement and Patent Invalidity of U.S. Patent No. 7,426,398)**

14. IXI realleges and incorporates by reference herein each of the admissions and denials contained in Paragraphs 1-9.

15. Admitted that IXI asserts four patents that contain 132 claims. All remaining allegations in Paragraph 15 are denied.

16. Denied.

17. Denied.

**COUNTERCLAIM COUNT III**
**(Request for Declaratory Judgment of Non-Infringement and Patent Invalidity of U.S. Patent No. 7,039,033)**

18. IXI realleges and incorporates by reference herein each of the admissions and denials contained in Paragraphs 1-9.

19. Admitted that IXI asserts four patents that contain 132 claims. All remaining allegations in Paragraph 19 are denied.

20. Denied.

21. Denied.

**COUNTERCLAIM COUNT IV**
**(Request for Declaratory Judgment of Non-Infringement and Patent Invalidity of U.S. Patent No. 7,016,648)**

22. IXI realleges and incorporates by reference herein each of the admissions and denials contained in Paragraphs 1-9.

23. Admitted that IXI asserts four patents that contain 132 claims. All remaining allegations in Paragraph 23 are denied.

24. Denied.

25. Denied.

**DEMAND FOR TRIAL BY JURY**

26. Denied that Defendants have any valid claim for non-infringement or invalidity; admitted that a trial by jury is proper for all issues so triable.

**PRAYER FOR RELIEF**

27. IXI states that the Prayer for Relief of Defendants' Counterclaims contains requests for relief to which no response is required. To the extent that a response is required, IXI denies that Defendants are entitled to any such relief.

*/s/Mark W. Halderman*
**DILWORTH PAXSON LLP**
Thomas S. Biemer, Esquire
Gregory A. Blue, Esquire
Mark W. Halderman
DILWORTH PAXSON LLP
99 Park Avenue, Suite 320
New York, NY 10016
T: (917) 675-4250
F: (212) 208-6874

*Attorneys for Plaintiffs,* IXI Mobile (R&D) Ltd. and IXI IP, LLC

Dated: October 17, 2014