Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD. and IXI IP,<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS, et al.<br><br>Defendant(s). | Case No: 15-03752-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, John J. Higson, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: IXI Mobile (R&D) Ltd. and IXI IP, LLC in the above-entitled action. My local co-counsel in this case is John V. Picone III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1500 Market Street, Suite 3500(E)<br>Philadelphia PA  19106 | 70 S. First Street<br>San Jose, CA  95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 575-7152 | (408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jhigson@dilworthlaw.com | jpicone@hopkinscarley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80720.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/17/15

John J. Higson
APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John J. Higson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/24/2015

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### John Joseph Higson, Esq.

**DATE OF ADMISSION**

**December 12, 1997**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 17, 2014

_Patricia Johnson_
Patricia A. Johnson
Chief Clerk