1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IXI MOBILE (R&D) LTD. and IXI IP, LLC<br><br>       Plaintiffs,<br><br>v.<br><br>BLACKBERRY CORPORATION, et al.<br><br>       Defendants. | Case No. 15-cv-03754-HSG |
| IXI MOBILE (R&D) LTD. and IXI IP, LLC<br><br>       Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., et al.,<br><br>Defendants. | Case No. 15-036752-HSG<br>(Related Case) |
| IXI MOBILE (R&D) LTD. and IXI IP, LLC<br><br>       Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 15-cv-03755-HSG<br>(Related Case)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE THE CMC    CASE NO. 15-CV-03754-HSG

1
2     Before the Court is the parties' Joint Motion to Continue the Date of the Case Management
3  Conference.  Having considered the Motion and the arguments in support of, the Court is of the
4  opinion that the Motion should be, and hereby is, GRANTED.  As a result, the hearing date of the
5  case management conference is continued from November 3, 2015 at 2:00 p.m. to November 5,
6  2015 at 2:00 p.m.
7         SO ORDERED.
8
9  Dated:  October 14, 2015

*Haywood S. Gilliam Jr.* (signature)
Honorable Haywood S. Gilliam, Jr.
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE THE CMC    CASE NO. 15-CV-03754-HSG

1