UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>    Defendants. | Case No. 15-cv-03752-HSG<br><br>**ORDER CONTINUING STAY** |
| IXI MOBILE (R&D) LTD., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>    Defendants. | Case No. 15-cv-03754-HSG |
| IXI MOBILE (R&D) LTD., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC,<br><br>    Defendant. | Case No. 15-cv-03755-HSG |

On November 12, 2015, the Court granted Defendants' motion to stay the above-captioned actions pending decision by the Patent Trial and Appeal Board ("PTAB") whether to institute *inter partes* review ("IPR") proceedings regarding the patent claims at issue in these lawsuits. Dkt. No. 133. The parties submitted a joint status report on January 5, 2016 informing the Court of the PTAB's decision to institute IPR of 52 of the 53 claims asserted here. Dkt. No. 136. In light of this decision, the Court ORDERS the stay extended until the completion of the IPR process, for

1    the reasons explained in the November 12 Order.

2    　　　　Within seven days of PTAB's issuance of a final decision, the parties shall file a joint
3    status report detailing the results of the IPR and setting forth the parties' positions on how this
4    case should move forward.  The Court will issue an order addressing further proceedings in the
5    case after receiving the parties' joint status report.

6    **IT IS SO ORDERED.**

7    Dated: 1/7/2016

8    　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
9    　　　　　　　　　　　　　　　　　　United States District Judge