United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD., et al.,<br>Plaintiffs,<br>v.<br>SAMSUNG ELECTRONICS CO LTD, et al.,<br>Defendants. | Case No. 15-cv-03752-HSG<br>**ORDER CONTINUING STAY** |
| IXI MOBILE (R&D) LTD., et al.,<br>Plaintiffs,<br>v.<br>BLACKBERRY LIMITED, et al.,<br>Defendants. | Case No. 15-cv-03754-HSG |
| IXI MOBILE (R&D) LTD., et al.,<br>Plaintiffs,<br>v.<br>APPLE INC,<br>Defendant. | Case No. 15-cv-03755-HSG |

On January 7, 2016, the Court continued the stay of the above-captioned actions pending the completion of the Patent Trial and Appeal Board's ("PTAB") *inter partes* review ("IPR") proceedings regarding the patent claims at issue in these lawsuits. Dkt. Nos. 137. The parties submitted a joint status report on March 1, 2017 informing the Court of the PTAB's final written decision finding the challenged claims unpatentable. Dkt. No. 140. Plaintiffs have already filed a notice of appeal. The Court accordingly ORDERS the stay extended until the appeals process is

United States District Court
Northern District of California

complete.

Within seven days of the Federal Circuit Court of Appeal's ruling on the merits of the appeal, the parties are to file a joint status report detailing the results of the appeal and setting forth the parties' positions on how this case should move forward. The Court will issue an order addressing further proceedings in the case after receiving the parties' joint status report.

**IT IS SO ORDERED.**

Dated: 3/17/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge
