Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

[additional counsel listed on signature page]

*Attorneys for Samsung Electronics Co., Ltd.*
*and Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., et al.,<br><br>Defendants. | Case No. 4:15-cv-03752-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR BRIEFING ON MOTION TO LIFT STAY**<br><br>Date: November 21, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBERRY CORPORATION et al.,<br><br>Defendant. | Case No. 4:15-cv-03754-HSG<br>*(RELATED CASE)* |
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:15-cv-03755-HSG<br>*(RELATED CASE)* |

1    The parties hereby submit, pursuant to Civil L.R. 6-2, a stipulated request for an order

2    changing the time briefing on IXI's motion to lift the stay (Dkt. 135).  Defendants' opposition

3    brief is currently due on November 19, 2018 and IXI's reply is currently due on November 26,

5    2018.  Given that the hearing for IXI's motion is noticed for February 21, 2019, allowing

6    additional time for the parties to prepare their respective briefs relating to IXI's motion will not

7    have any effect on the timing of resolution of the motion.  Accordingly, the parties' request the

8    following extensions to allow additional time to prepare their respective briefing:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' Opposition | November 19, 2018 | December 7, 2018 |
| IXI's Reply | November 26, 2018 | December 21, 2018 |

12    The parties previously requested a change of time for the case management conference

13    (Dkt. 121).  After the case management conference for these three cases was consolidated on

14    November 3, 2015, the parties requested that the date be changed to November 5, 2015 to coincide

15    with the hearing date on Defendants' motion to stay.  That motion was granted (Dkt. 122).

16    Accordingly, for the foregoing reasons, the parties respectfully request that the proposed

17    extension of time be granted.

November 15, 2018         Respectfully submitted,

KIRKLAND & ELLIS LLP

By   */s/ Todd M. Friedman*
Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By   */s/ Harrison J. Frahn IV (with permission)*
Harrison J. Frahn IV (CA Bar No. 206822)
Patrick E. King (CA Bar No. 211975)
Elizabeth A. Gillen (CA Bar No. 260667)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
hfrahn@stblaw.com
pking@stblaw.com
egillen@stblaw.com

Gregory T. Chuebon (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017

Telephone: (212) 455-2000
Facsimile: (212) 455-2502
gchuebon@stblaw.com

*Attorneys for Apple Inc.*


By  */s/ Alicia A. Baiardo (with permission)*
Alicia A. Baiardo (CA Bar No. 254228)
MCGUIREWOODS LLP
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone:  (415) 844-1973
Facsimile:   (415) 844-1916
abaiardo@mcguirewoods.com

Franklin D. Kang (CA Bar No. 192314)
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
Telephone:  (310) 315-8231
Facsimile:   (310) 956-3102
fkang@mcguirewoods.com

Jason W. Cook (admitted *pro hac vice*)
Shaun W. Hassett (admitted *pro hac vice*)
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone:  (214) 932-6400
Facsimile:   (214) 932-6499
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Attorneys for Blackberry Limited and Blackberry Corporation*


HOPKINS & CARLEY,
A Law Corporation


By  */s/ Jennifer S. Coleman (with permission)*
John V. Picone III (SBN 187226)
Jennifer S. Coleman (SBN 213210)
Aleksandr Korzh (SBN 286613)
HOPKINS & CARLEY, a Law Corporation
70 South First Street
San Jose, CA 95113-2406
Telephone: (408) 286-9800
Facsimile: (405) 998-4790
jpicone@hopkinscarley.como
jcoleman@hopkinscarley.com
akorzh@hopkinscarley.com

DECLARATION RE STIPULATED REQUEST FOR ORDER CHANGING TIME CASE NO. 15-CV-03752-HSG

2

Thomas S. Biemer (*pro hac vice*)
John J. Higson (*pro hac vice*)
Joshua Wolson (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500(E)
Philadelphia, PA 19106
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
tbiemer@dilworthlaw.com
jhigson@dilworthlaw.coom
jwolson@dilworthlaw.com

*Attorneys for Plaintiffs IXI Mobile (R&D)
Ltd. and IXI IP, LLC*

1

## ATTESTATION OF CONCURRENCE IN FILING

2          Pursuant to the Northern District of California Local Rule 5-1(i)(3), I attest that

3    concurrence in the filing of this document has been obtained from the other Signatories to this

4    document.

5

6                                                              By    */s/ Todd M. Friedman*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER CHANGING TIME FOR BRIEFING ON MOTION TO LIFT STAY**

Having considered the parties' Stipulated Request for an Order Changing Time for Briefing on Motion to Lift Stay, and finding good cause for the requested relief, it is hereby ORDERED that the due dates for briefing on IXI's Motion to Lift Stay (Dkt. 135) shall be as follows:

Defendants' Opposition Brief: December 7, 2018

IXI's Reply Brief: December 21, 2018

Dated: <u>November 19, 2018</u>

HON. HAYWOOD S. GILLAM, J.R.
UNITED STATES DISTRICT JUDGE