John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

*Additional counsel in signature block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., et al.,<br><br>Defendants. | CASE NO. 4:15-CV-03752-HSG |
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | CASE NO. 4:15-CV-03755-HSG<br>*(RELATED CASE)*<br><br>**STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\3222781.1

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

Pursuant to this Court's Orders dated February 21, 2019 and March 11, 2019, Plaintiffs IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI" or "Plaintiffs"), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (hereinafter "Samsung"), and Defendant Apple Inc. (hereinafter "Apple") (collectively "Defendants") submit this Stipulation to and [Proposed] Order Specially Setting Hearing on Plaintiffs' Motion for Leave to Amend its Infringement Contentions and Asserted Claims filed March 7, 2019.

## **R E C I T A L S**

WHEREAS, on February 21, 2019, a Case Management Conference was held before Honorable Haywood S. Gilliam, Jr.;

WHEREAS, pursuant to the Case Management Conference, the Court ordered, among other things, that:

1) Plaintiffs would have 14 days from the date of the hearing, or to March 7, 2019, to file its Motion for Amend Leave to Amend its Infringement Contentions and Asserted Claims ("Motion to Amend");

2) Defendants would have 14 days from the date of the motion filing date to file opposition to Motion to Amend;

3) Plaintiffs would have seven days from filing of opposition to the Motion to Amend to file a reply to Motion to Amend; and

4) The Parties were to meet and confer and e-file a stipulation and proposed order setting a Motion to Amend hearing date on shortened time basis.

WHEREAS, on March 7, 2019, Plaintiffs filed their Motion to Amend with a hearing date for April 18, 2019, indicating that IXI was available as early as mid-April though IXI had not yet agreed with Defendants on a hearing date;

WHEREAS, on March 11, 2019, the Court ordered that the "[p]arties were directed at the February 21st motion hearing to meet and confer and e-file a stipulation and proposed order setting a motion hearing date on shortened time basis" and that "that has not occurred." Dkt. No. 167;

WHEREAS, the earliest available hearing date before the Court for the Motion to Amend is June 6, 2019 per the Court's Scheduling Notes.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 2 -

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

WHEREAS, pursuant to the Court's direction to seek an earlier date and as set forth in its February 21 and March 11 Orders, the Parties have now met and conferred and desire to have the Motion to Amend scheduled to be specially set on the earliest date that all parties are available for a hearing on the Motion to Amend, which is May 9, 2019.

Hopkins & Carley
Attorneys At Law
San Jose

- 3 -
STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

# **S T I P U L A T I O N**

WHEREFORE, the parties agree and stipulate that Plaintiffs' Motion to Amend shall be heard on May 9, 2019, at 2:00 p.m., or on another date convenient to the Court. No other deadlines will be affected by the requested relief.

Dated: March 14, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
jpicone@hopkinscarley.com.
Jennifer S. Coleman
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
Robert Seth Reich, Jr. (*pro hac vice*)
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Rd. Ste. 1000
Dallas, TX 75201
Telephone: (214) 888-4848

Attorneys for Plaintiffs
IXI MOBILE (R&D) LTD. and IXI IP, LLC

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 4 -

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

| | | |
|---|---|---|
| Dated: March 14, 2019 | | KIRKLAND & ELLIS LLP |

By: */s/ Todd M. Friedman*
Gregory S. Arovas, P.C.
Todd M. Friedman, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

Attorneys for Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.

Dated: March 14, 2019                    SIMPSON THACHER & BARTLETT

By: */s/ Harrison J. Frahn IV*
Harrison J. Frahn IV
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
hfrahn@stblaw.com

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 5 -

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Executed on March 14, 2019, at San Jose, California.

> HOPKINS & CARLEY
> A Law Corporation
>
>
> By: */s/ John V. Picone III*
>     John V. Picone III
>     Attorneys for Defendants
>     IXI MOBILE (R&D), LTD., and IXI IP, LLC

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 6 -

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend its Infringement Contentions and Asserted Claims filed March 7, 2019 will be heard on May 9, 2019 at 2:00 p.m. in Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: March 15, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.

- 7 -

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AND ORDER RE: SPECIALLY SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND ASSERTED CLAIMS