Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
Robert Seth Reich, Jr. (*pro hac vice*)
sreich@caldwellcc.com
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Rd. Ste. 1000
Dallas, TX 75201
Telephone: (214) 888-4848

Attorneys for Plaintiffs
IXI MOBILE (R&D) LTD. and IXI IP, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IXI MOBILE (R&D) LTD. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>Defendants. | CASE NO. 4:15-CV-03752-HSG<br><br>[~~PROPOSED~~] ORDER DENYING MOTION FOR LEAVE TO FILE OBJECTION TO DEFENDANTS' STATEMENT OF RECENT DECISION<br><br>Date: May 9, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| IXI MOBILE (R&D) LTD. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>Defendant. | CASE NO. 4:15-CV-03755-HSG (*Related Case*) |

Case No. 4:15-CV-03752-03755-HSG
[~~PROPOSED~~] ORDER ~~GRANTING LEAVE~~

Upon consideration of the Motion for Leave, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file Plaintiffs' Objection to Defendants' Statement of Recent Decision on the docket in this matter.

Dated: 5/3/2019

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

Judge
UNITED STATES DISTRICT COURT JUDGE

Case No. 4:15-CV-03752-03755-HSG
[PROPOSED] ORDER GRANTING LEAVE