1  DESMARAIS LLP                           Gregory S. Arovas, P.C. (admitted *pro hac vice*)
   John M. Desmarais (CA SBN 320875)       Todd M. Friedman, P.C. (admitted *pro hac vice*)
2  Emily H. Chen (CA SBN 302966)           KIRKLAND & ELLIS LLP
   101 California Street, Suite 3070       601 Lexington Avenue
3  San Francisco, CA 94111                 New York, New York 10022
   Tel: (415) 573-1900                     Telephone: (212) 446-4800
4  Fax: (415) 573-1901                     Facsimile: (212) 446-4900
                                           greg.arovas@kirkland.com
5  Ameet A. Modi (admitted *pro hac vice*) todd.friedman@kirkland.com
   Cosmin Maier (admitted *pro hac vice*)
6  Brian D. Matty (admitted *pro hac vice*) [Additional Counsel Listed on Signature Page]
   Francesco D. Silletta (admitted *pro hac vice*)
7  Joze Welsh (admitted *pro hac vice*)    *Counsel for Samsung Electronics Co., Ltd. and*
   DESMARAIS LLP                           *Samsung Electronics America, Inc.*
8  230 Park Avenue
   New York, NY 10169
9  Tel: 212-351-3400
   Fax: 212-351-3401
10
   *Counsel for Defendant Apple Inc.*
11

12                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14  | IXI MOBILE (R&D) LTD., et al., | Case No. 4:15-CV-03752-HSG |
    |---|---|
15  | Plaintiffs, | **ADMINISTRATIVE MOTION TO** |
    | | **CONSIDER WHETHER CASES** |
16  | v. | **SHOULD BE RELATED PER CIVIL** |
    | | **L.R. 3-12 FILED BY SAMSUNG** |
17  | SAMSUNG ELECS. CO., LTD. et al., | **ELECS. CO., LTD. ET AL. AND** |
    | | **APPLE INC.** |
18  | Defendants. | |
19
20  | IXI MOBILE (R&D) LTD., et al., | Case No. 4:15-CV-03755-HSG |
    |---|---|
    | Plaintiffs, | |
21
22  | v. | |
23  | APPLE INC., | |
24  | Defendant. | |

25

26

27

28

Defendants Apple Inc. ("Apple") and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively "Defendants") respectfully file this Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L. R. 3-12.

## I.    TITLE AND CASE NUMBERS OF EACH POTENTIALLY RELATED CASE

- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6769 ("*Apple v. IXI* DJ") (filed October 18, 2019)

- *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6773 ("*Samsung v. IXI* DJ") (filed October 18, 2019)

- *IXI Mobile (R&D) Ltd.., et al. v. Apple Inc.*, No. 4:15-CV-03755-HSG ("*IXI v. Apple* Case") and *IXI Mobile (R&D) Ltd., et al. v. Samsung Elecs. Co., et al.*, Case No. 4:15-cv-03752-HSG (*IXI v. Samsung* Case) (currently related)

## II.    RELATIONSHIP OF THE ACTIONS PER CIVIL L.R. 3-12(a)

Civ. L. R. 3-12(b) provides that if a party knows or learns that an action, filed or removed to this district, is related or may be related to an action already pending, or previously pending, in this district, the party must file an administrative motion for related case consideration.  Cases are related if: (1) they concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.  Civ. L.R. 3-12(a).

Both the *IXI v. Apple* Case and the *Apple v. IXI* DJ involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, and Apple Inc.  Both the *IXI v. Samsung* and the *Samsung v. IXI* DJ involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  The only remaining patent asserted in *IXI v. Apple* and *IXI v. Samsung* is U.S. Patent No. 7,295,532 (the "'532 Patent").  Both the *Apple v. IXI* DJ and *Samsung v. IXI* DJ involve the same patent, U.S. Patent No. 7,039,033 (the "'033 Patent"), which IXI originally asserted in *IXI v. Apple* and *IXI v. Samsung*, and may involve similar technology.  Both the *Apple v. IXI* DJ and the *Samsung v. IXI* DJ also involve the same parties on the opposite side, IXI Mobile (R&D) Ltd. and IXI IP, LLC.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.        Case Nos. 4:15-CV-03752-HSG, 4:15-CV-03755-HSG

The procedural history of litigation between the parties is set forth in a previous Order of the Court in the *IXI v. Apple* Case and *IXI v. Samsung* Case. *See* Order Denying Plaintiffs' Motion for Leave to Amend Infringement Contentions and Asserted Claims, Dkt. 187 (Oct. 11, 2019); Joint Case Management Statement, Dkt. 189 (Oct. 15, 2019). Several points are briefly reiterated here.

On December 21, 2016, in response to petitions for *inter partes* review filed by Apple and Samsung, the PTAB issued Final Written Decisions invalidating all of the instituted claims of the '033 Patent. *See* Letter to the Court Regarding Update on IPR, Dkt. 128 (Dec. 28, 2016). IXI appealed and the Federal Circuit affirmed the PTAB's decision on September 10, 2018.

While IXI's appeal of the '033 Final Written Decision was pending, IXI requested an *ex parte* reexamination of the '033 Patent. During the *ex parte* reexamination, IXI amended claim 56 and added claims 57 through 124 to the '033 Patent. On February 1, 2018, the USPTO issued a reexamination certificate that granted IXI these additional claims.

On November 8, 2018, Apple filed IPR petitions challenging the validity of the new claims added to the '033 Patent during reexamination. The PTAB found that the IPRs were time-barred and denied institution on June 3, 2019. On August 5, 2019, Apple noticed appeal of the PTAB's decision to the Federal Circuit. That appeal is ongoing.

On June 28, 2019, Samsung requested an *ex parte* reexamination of the new claims of the '033 Patent. That reexamination request was granted and the reexamination is currently in progress.

IXI moved to amend its infringement contentions in the *IXI v. Apple* Case and *IXI v. Samsung* Case in order to add an unspecified number of claims of the '033 Patent issued through reexamination. Dkts. 157, 166. The Court denied IXI's motion, without reaching the question of whether IXI's proposed assertion is barred by *res judicata*, and stating that if IXI "want[s] to enforce their newly-minted claims, they can try to do so in a new case." Dkt. 187. As a result, and to obtain a resolution of Apple's and Samsung's belief that IXI's threatened assertion is barred by *res judicata*, Apple and Samsung filed their declaratory judgment complaints relating to IXI's '033 Patent claims and related issues.

1        The Defendants further note that IXI originally asserted the '532 Patent and the '033 Patent in

2  the *IXI v. Apple* Case and *IXI v. Samsung* Case.  IXI has previously argued that it believes (in its

3  Motion to Amend, which was denied by the Court) that there is overlap between the subject matter of

4  the '532 Patent and '033 Patent.  *See, e.g.*, IXI's Motion for Leave to Amend Its Infringement

5  Contentions, Dkt. No. 157 at 7 (Mar. 7, 2019).  The Defendants therefore submit for the Court's

6  consideration whether a basis may exist to relate the *Apple v. IXI* DJ and *Samsung v. IXI* DJ cases with

7  the previously-filed cases brought by IXI.[1]  A draft of this motion was provided to counsel for IXI on

8  October 21, 2019, and Defendants' counsel reached out to IXI on October 21, 2019 and October 23,

9  2019 to propose that the parties confer on the motion.

---

[1] On October 23, 2019, Judge Cousins issued a Sua Sponte Judicial Referral For Purposes Of Determining Relationship Of Cases in the *IXI v. Apple* and *Apple v. IXI* DJ Cases.  Separately, in view of the overlap in subject matter between the *Apple v. IXI* DJ and *Samsung v. IXI* DJ Cases, which were both filed on the same date, the Defendants plan to separately file a motion proposing that those cases be related.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED
BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.      Case Nos. 4:15-CV-03752-HSG, 4:15-CV-03755-HSG

Dated:  October 24, 2019

/s/ Ameet A. Modi
DESMARAIS LLP
John M. Desmarais (CA SBN 320875)
Emily H. Chen (CA SBN 302966)
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Ameet A. Modi (admitted *pro hac vice*)
Cosmin Maier (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
Francesco D. Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401

*Counsel for Defendant Apple Inc.*


/s/ Todd M. Friedman
Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED
BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.

Case Nos. 4:15-CV-03752-HSG, 4:15-CV-03755-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

On October 24, 2019, I caused the foregoing document, titled Defendants' Administrative Motion to Consider Whether Cases Should Be Related Per Civil L.R. 3-12, to be lodged with the Court, and served on opposing counsel.

*/s/ Todd M. Friedman*

Todd M. Friedman

---

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED
BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.

-5-

Case Nos. 4:15-CV-03752-HSG, 4:15-CV-03755-HSG