| | |
|---|---|
| DESMARAIS LLP<br>John M. Desmarais (CA SBN 320875)<br>Emily H. Chen (CA SBN 302966)<br>101 California Street, Suite 3070<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br>Fax: (415) 573-1901<br><br>Ameet A. Modi (admitted *pro hac vice*)<br>Cosmin Maier (admitted *pro hac vice*)<br>Brian D. Matty (admitted *pro hac vice*)<br>Francesco D. Silletta (admitted *pro hac vice*)<br>Joze Welsh (admitted *pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400<br>Fax: 212-351-3401<br><br>*Counsel for Defendant Apple Inc.* | Gregory S. Arovas, P.C. (admitted *pro hac vice*)<br>Todd M. Friedman, P.C. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>greg.arovas@kirkland.com<br>todd.friedman@kirkland.com<br><br>[Additional Counsel Listed on Signature Page]<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IXI MOBILE (R&D) LTD., et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>SAMSUNG ELECS. CO., LTD. et al.,<br><br>          Defendants. | Case No. 4:15-CV-03752-HSG<br><br>**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.** |
| IXI MOBILE (R&D) LTD., et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 4:15-CV-03755-HSG |

I, Todd M. Friedman, declare:

1. I am admitted *pro hac vice* to this Court, counsel of record for the Samsung Defendants in the above-captioned matter. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. Defendants filed their respective Declaratory Judgment Complaints on Friday, October 18, 2019. *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6769 ("*Apple v. IXI* DJ") (filed October 18, 2019); *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6773 ("*Samsung v. IXI* DJ") (filed October 18, 2019). On Monday, October 21, 2019, Defendants sent a draft of this administrative motion to IXI Mobile (R&D) Ltd. and IXI IP, LLC ("IXI"). *See* Civ. L.R. 7-11(a). On October 23, 2019, Defendants reached out to IXI and again proposed that the parties confer, but have not received a response to date.

Executed on October 24, 2019, in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2019

*/s/ Todd M. Friedman*
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
todd.friedman@kirkland.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*