**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IXI MOBILE (R&D) LTD., et al.,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAMSUNG ELECS. CO., LTD. et al.,<br>　　　　　　　Defendants. | Case No. 4:15-CV-03752-HSG<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 |
| IXI MOBILE (R&D) LTD., et al.,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>APPLE INC.,<br>　　　　　　　Defendant. | Case No. 4:15-CV-03755-HSG |

1   Before the Court is the parties' Administrative Motion to Consider Whether Cases Should Be
2   Related per Civil L.R. 3-12 (Dkt. No. 185). Having considered the motion, the Court order that the
3   cases:

☐ Should be and are hereby related

☐ Should not be and are hereby not related

So Ordered.

Dated _____

                Haywood S. Gilliam, Jr.

                United States District Judge

---

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12     Case Nos. 4:15-CV-03752-HSG, 4:15-CV-03755-HSG