Gregory S. Arovas (admitted *pro hac vice*)
Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

*Additional counsel in signature block*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IXI MOBILE (R&D) LTD. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., ET AL., <br><br> Defendants. | CASE NO. 4:15-CV-03752-HSG <br><br> **SAMSUNG'S STIPULATED REQUEST TO CHANGE DATE AND TIME FOR TELEPHONIC CONFERENCE** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |
| IXI MOBILE (R&D) LTD. et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 4:15-CV-03755-HSG |

| | |
|---|---|
| 1 | Pursuant Civil L.R. 6-2 and 7-12, Samsung Electronics America, Inc. and Samsung Electronics |
| 2 | Co., Ltd. (collectively "Samsung") respectfully requests that the Court change the date and time for the |
| 3 | telephonic conference currently set for December 13, 2019 at 2:00 p.m. Plaintiffs IXI Mobile (R&D) |
| 4 | Ltd. and IXI IP, LLC (collectively "IXI") and Defendant Apple Inc. ("Apple") have agreed to stipulate |
| 5 | to this request. |

Pursuant Civil L.R. 6-2 and 7-12, Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively "Samsung") respectfully requests that the Court change the date and time for the telephonic conference currently set for December 13, 2019 at 2:00 p.m. Plaintiffs IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI") and Defendant Apple Inc. ("Apple") have agreed to stipulate to this request.

On December 11, 2019, the Court set a telephonic hearing for December 13, 2019 at 2:00 p.m. (Dkt. 194). Most of Samsung's counsel will be at a trial in another litigation during that time (and the remaining counsel who is not at trial begins Sabbath at 4:19 p.m. Central time / 2:19 p.m. Pacific time). Samsung's counsel is therefore unable to attend the telephonic conference (at least to the extent the conference takes more than approximately 19 minutes).

Samsung understands that the Court may have availability to reschedule the conference to December 17, 2019 at 1:45 p.m. Samsung's counsel is available at that time. Counsel for IXI and Apple have likewise confirmed their availability and have agreed to stipulate to Samsung's request to move the telephonic conference to December 17, 2019 at 1:45 p.m. In that regard, IXI has noted that its lead counsel will be in Japan for depositions in another litigation during the week of December 16, 2019 and will endeavor to handle any telecommunication issues that may arise, and thanks the Court in advance for its patience should any telecommunications issues arise.

The following requests to change dates were previously made in this case: (i) on September 25, 2015, IXI filed an unopposed administrative motion to advance the date of the Case Management Conference, which the Court granted (Dkts. 110, 113); (ii) on October 13, 2015, the parties filed a joint motion to continue the date of the Case Management Conference, which the Court granted (Dkts. 121-22); (iii) on November 15, 2018, Samsung filed a stipulated request to change the dates for briefing IXI's motion to lift the stay, which the Court granted (Dkts. 145-46); and (iv) on December 10, 2019, the parties filed a joint motion to suspend deadlines pending dismissal of the case. The present stipulated request to change date and time of the telephonic conference will not impact the case schedule.

Accordingly, Samsung respectfully requests that the Court change the date and time for the telephonic conference from December 13, 2019 at 2:00 p.m. to December 17, 2019 at 1:45 p.m. (to the extent the Court has availability at that time).

Dated: December 12, 2019

By: */s/ David Rokach*
Gregory S. Arovas (admitted *pro hac vice*)
Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


By: */s/ Ameet A. Modi*
John M. Desmarais (SBN 320875)
Emily Chen (SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
jdesmarais@desmaraisllp.com
echen@desmaraisllp.com

Ameet A. Modi (admitted *pro hac vice*)
Cosmin Maier (admitted *pro hac vice*)
Brian Matty (admitted *pro hac vice*)
Franco Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP

|   |   |
|---|---|
| 1 | 230 Park Avenue, Suite 2600 |
| 2 | New York, NY 10169 |
|   | Telephone: (212)351-3400 |
| 3 | Facsimile: (212) 351-3401 |
|   | amodi@desmaraisllp.com |
| 4 | cmaier@desmaraisllp.com |
|   | bmatty@desmaraisllp.com |
| 5 | fsilletta@desmaraisllp.com |
|   | jwelsh@desmaraisllp.com |

*Attorneys for Apple Inc.*

By: */s/ Hamad M. Hamad*
John V. Picone III (SBN 187226)
Jennifer S. Coleman (SBN 213210)
Aleksandr Korzh (SBN 286613)
HOPLKINS & CARLEY
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile: (405) 998-4790
jpicone@hopkinscarley.como
jcoleman@hopkinscarley.com
akorzh@hopkinscarley.com

Jason D. Cassady (admitted *pro hac vice*)
Hamad M. Hamad (admitted *pro hac vice*)
Robert Seth Reich, Jr. (admitted *pro hac vice*)
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
jcassady@caldwellcc.com
hhamad@caldwellcc.com
rreich@caldwellcc.com

Thomas Biemer (admitted *pro hac vice*)
John J. Higson (admitted *pro hac vice*)
Joshua Wolson (pro hac vice)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500(E)
Philadelphia, PA 19106
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
tbiemer@dilworthlaw.com
jhigson@dilworthlaw.coom
jwolson@dilworthlaw.com

*Attorneys for Plaintiffs*
*IXI MOBILE (R&D) LTD. and IXI IP, LLC*

STIPULATED REQUEST TO CHANGE DATE       Case No. 4:15-CV-03752-HSG
AND TIME FOR TELEPHONIC CONFERENCE       Case No. 4:15-CV-03755-HSG

3

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories to this document.

By: */s/ Todd M. Friedman*
Todd M. Friedman

**ORDER CHANGING DATE AND TIME OF TELEPHONIC CONFERENCE**

Having considered the Stipulated Request to Change Date and Time for Telephonic Conference, and finding good cause for the requested relief, it is hereby ORDERED that the Telephonic Conference will be held on December 17, 2019 at 1:45 p.m.

Dated: 12/13/2019

HON. HAYWOOD S. GILLIAM, J.R.
UNITED STATES DISTRICT JUDGE