# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI Mobile (R&D) Ltd., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Samsung Electronics Co. Ltd., et al. <br><br> Defendant. | Civil Action No. 4:15-cv-03752-HSG <br><br> **ORDER GRANTING MARK W. HALDERMAN'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS, IXI MOBILE (R&D) LTD., AND IXI IP, LLC** |

Having reviewed Mark W. Halderman's Administrative Motion to Withdraw as Counsel for Plaintiffs, IXI Mobile (R&D) Ltd. and IXI IP, LLC, and finding compelling reasons to do so, the Court hereby GRANTS the Administrative Motion. It is further ORDERED that the appearance of Mark W. Halderman on behalf of Plaintiffs, IXI Mobile (R&D) Ltd. and IXI IP, LLC, SHALL be marked TERMINATED as of the date of this Order.

IT IS SO ORDERED.

Dated: 1/15/2020

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.