Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

*Attorneys for Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc*

*Additional counsel in signature block*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., ET AL., <br><br> Defendant. | CASE NO. 4-15-cv-03752-HSG <br><br> **JOINT STIPULATION OF DISMISSAL AND ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiffs IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI" or "Plaintiffs") and |
| 2 | Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") submit |
| 3 | this Joint Stipulation of Dismissal. |

1. WHEREAS: IXI has granted Samsung certain covenants not to sue related to certain claims of the Asserted Patents (U.S. Patent Nos. 7,016,648; 7,039,033; 7,295,532; and 7,426,398);
2. WHEREAS: The Parties agree to dismiss this action without prejudice; and
3. WHEREAS: Defendants have agreed that it will not use the aforementioned covenant not to sue or this Stipulation and Order as a basis for any claim or defense against IXI's enforcement of the claims of U.S. Patent No. 7,039,033 that issued as a result of IXI's reexamination or of claims that may issue as a result of the previously completed or currently pending reexaminations of U.S. Patent Nos. 7,039,033 or 7,295,532 brought by Apple Inc. and Samsung;

IT IS **ORDERED** that Civil Action NO. 4-15-cv-03752-HSG is hereby DISMISSED WITHOUT PREJUDICE. IT IS FURTHER **ORDERED** that Defendants will not use the aforementioned covenant not to sue or this Stipulation and Order as a basis for any claim or defense against IXI's enforcement of the claims of U.S. Patent No. 7,039,033 that issued as a result of IXI's reexamination or of claims that may issue as a result of the previously completed or currently pending reexaminations of U.S. Patent Nos. 7,039,033 or 7,295,532 brought by Apple Inc. and Samsung.

1/21/2020

Date

*Haywood S. Gilliam Jr.* (signature)

Hon. Haywood S. Gilliam, Jr.